Form OBD-113   Order of Dismissal
(Rev. 11-13)

FILED
2:44 pm Sep 21 2022
Clerk U.S. District Court
Northern District of Ohio
Cleveland

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR279 |
| Plaintiff, | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| RORELL DICKERSON, | ) | |
| Defendant. | ) | |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the First Assistant United States Attorney for the Northern District of Ohio hereby dismisses, without prejudice, the Indictment against Rorell Dickerson, Defendant.

_____
MICHELLE M. BAEPPLER
First Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
United States District Judge

Date: 9/21/2022